| Date | Pleading Number | |
|---|---|---|
| 5/1/74 | 1. | MOTION -- Summa Corp., Howard R. Hughes & Hughes Air Corp. with supporting brief, complaints in both cases and supporting stipulations and answers in the California action. Declaration of mailing attached thereto. REQUESTED TRANSFEREE FORUM: N.D. California |
| 5/9/74 | | Movants amended certificate of service for motion and brief (No. 1) |
| 5/20/74 | 2 | PATRICIA ANDERSON response to motion w/cert. of service |
| 5/24/74 | 3. | REPLY MEMORANDUM -- Movants to Anderson Response. w/cert. of service. |
| 6/3/74 | | HEARING ORDER, setting A-1 and A-2 for hearing June 28, 1974 San Francisco, California |
| 6/13/74 | 4 | ~~XXXXXXXXXXXX~~ MOVANTS further motion for consolidated ~~XXXXXXX~~ pretrial proceedings to add the action entitled Stanley Sipiora, et al. v. Howard Hughes, et al., D. Ariz., Civ. 74-107 w/cert. of service. |
| 11/12/74 | | CONSENT OF CHIEF JUDGE OLIVER J. CARTER for litigation to be transferred to the N.D. California for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407 before Judge Zirpoli |
| 11/12/74 | | OPINION AND ORDER transferring actions to Judge ~~Alphonso~~ alfonzo J. Zirpoli in the N.D California for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407 |
| 7/8/75 | | VICTOR KURTZ, ETC. V. HOWARD R. HUGHES, ET AL., E.D.N.Y. 75C823 CTO filed today. Notified counsel, involved judges. |
| 7/23/75 | | VICTOR KURTZ, ETC. V. HOWARD R. HUGHES, ET AL., E.D.N.Y. 75C823 CTO FINAL TODAY. Notified clerks, involved judges |
| 9/8/77 | | C-1 /Silverstein v. Lumis, et al., S.D.Texas 76-H-1899 |
| | | C-2 Silverstein v. Lumis, D. Nevada Civ LV 76-246-RF |
| | | C-3 ~~XXXXX~~ Silverstein v. Lumis, D. Del., CA77-59 |
| | | C-4 Anderson v. Lummis, D. Del., CA77-63 |
| | | C-5 Anderson v. Air West, Inc., D. Nev., Civ LV-76-247-RF |
| | | CTOs filed today. Notified counsel, involved judges |
| 9/26/77 | | C-1 Silverstein, etc. v. Lumis, et al.,S.D.TEX., C.A.# 76-H-1899 |
| | | C-2 Silverstein, etc. v. Lumis, et al.,D.NEV., C.A.# Civ-LV-76-246-RF |
| | | C-3 Silverstein, etc. v. Lumis, et al.,D.Del., C.A.# CA-77-59 |
| | | C-4 Anderson, et al. v. Lummis, et al., D.De., C.A.# CA-77-63 |
| | | C-5 Anderson, et al. v. Air West Inc., et al., C.A.# Civ-LV-76-247-RF |
| | | CTOs FINAL TODAY, NOTIFIED INVOLVED CLERKS AND JUDGES. |

O. O. Nov. 12, 1974 384 F. Supp 609

DOCKET NO. 177 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

Description of Litigation

IN RE AIR WEST, INC. SECURITIES LITIGATION

Summary of Panel Action

Date(s) of Hearing(s) 6/28/74

Date(s) of Opinion(s) or Order(s) 11/12/74

Consolidation Ordered ✓

Consolidation Denied

Name of Transferee Judge Alfonso J. Zirpoli

Transferee District N.D. Calif

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Patricia Scott Anderson, et al. v. Air West, Inc., et al. | N.D.Cal. Zirpoli | C-73-529-AJZ | | | 1-16-80 | Motion 5/1/74 |
| A-2 | Dorothy Beecher, et al. v. Howard R. Hughes, et al. | Nevada ~~Foley~~ Thompson | LV-74-151(~~RDF~~)(BRT) | 11/12/74 | [illegible] | 1-16-80 | " " |
| B-1 | Stanley Sipiora v. Howard Hughes, et al. | D. Ariz. ~~XXXXXXX~~ Walsh | Civ 74-107-Tuc | 11/12/74 | [illegible] | 1-16-80 | pl[illegible] amend motion 6/13 |
| XYZ-1 | SEC v. Howard Hughes, et al. | N.D.Cal | 75-589 | | | 5-12-80 | |
| XYZ-2 | Jack Silverstein, etc. v. Howard R. Hughes, et al. | N.D.Cal | 75-0945 | | | 1-16-80 | |
| XYZ-3 | Dorothy Beecher, et al., etc. v. Howard Hughes, et al. | N.D.Cal | 74-2763 | | | 5-31-77 | |
| B-2 | Victor Kurtz, etc. v. Howard R. Hughes, et al. 7/8/75 | E.D.N.Y. Bruchhausen | 75 C 823 | 7/23/75 | C-75-1681 | 1-16-80 | |

Verified correct July 1976

3
4
7

Is. XYZs Pending

Ditto July 1977

DOCKET NO. 177 -- IN RE AIR WEST, INC. SECURITIES LITIGATION -- P. ___

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| C-1 | Jack Silverstein, etc. v. William R. Lumis, et al. 9/8/77 | S.D. Texas Bue | 76-H-1899 | 9/26/77 | C-77-2202 | AJZ 1-16-80 | |
| C-2 | Jack Silverstein, etc. v. William R. Lumis, et al. 9/8/77 | D. Nevada Foley | Civ-LV-76-246-RF | 9/26/77 | C-77-2215 | AJZ 1-16-80 | |
| C-3 | Jack Silverstein, etc. v. William R. Lumis, et al. 9/8/77 | D. Del. Latchum | CA 77-59 | 9/26/77 | C-77-2217 | AJZ 1-16-80 | |
| C-4 | Patricia Scott Anderson, et al. v. William R. Lummis, et al. 9/8/77 | D. Del Latchum | CA 77-63 | 9/26/77 | C-77-2218 | AJZ 1-16-80 | |
| C-5 | Patricia Scott Anderson, et al. v. Air West Inc., et al. 9/8/77 | D. Nev. Foley | Civ-LV-76-247-RF | 9/26/77 | C-77-2216 | AJZ 1-16-80 | |

July 1978 — 5 TR/4 XT2 / 1 dis - 11 Pdg.

July 1979 — no dis — 12 Pdg

July 1980 — 12 dis — Docket Closed

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 177 -- IN RE AIR WEST, INC. SECURITIES LITIGATION

PLAINTIFFS' CO-LIAISON COUNSEL
Jerome I. Braun, Esq.
Farella, Braun & Martel
31st Floor - Russ Bldg.
235 Montgomery St.
San Francisco, CA 94104

David B. Gold, Esq.
105 Montgomery St.
Suite 1100
San Francisco, CA 94104

PLAINTIFFS' STEERING
COMMITTEE OF COUNSEL

Jerome I. Braun, Esq.

James F. Scott, Esq.
Geesey & Scott
363 El Camino Real
Suite 100
South San Francisco, CA 94080

Thomas Elke, Esq.
John F. Banker, Esq.
Wharfside Building
680 Geach St.
San Francisco, CA

HUGHES TOOL CO., SUMMA CORP.,
HOWARD R. HUGHES
E. Judge Elderkin, Esq.
Brobeck, Phleger & Harrison
111 Sutter St. 9th Fl.
San Francisco, CA

A. W. LIQUIDATING CO., U. S. TRUST
CO. OF NEW YORK, AIR WEST, INC.
John B. Clark, Esq.
Pettit, Evers & Martin
600 Montgomery St., 21st Fl.
Transamerica Bldg.
San Francisco, CA

HASKINS & SELLS
John E. Hurley, Jr., Esq.
McCutchen, Doyle, Brown
  & Enersen
601 California St.
San Francisco, CA 94108

PETIT, EVERS & MARTIN
JOHN MARTIN JR.
John B. Marchant, Esq.
Sedgwick, Detert, Moran
  & Arnold
111 Pine St.
11th Floor
San Francisco, CA 94111

HUGHES AIR CORP.
Sherwin J. Markman, Esq.
Hogan & Hartson
815 Connecticut Ave.
Washington, D.C. 20006

MILTON W. ODOM, J. N. BEZ, JR.
FRANK W. BEER, CHESTER E. GUNDERSON
GEORGE GUNN, JR., RICHARD E. LANG
LLOYD W. MARTIN, JOHN E. PARKER
MAX H. WYMAN
Melvin R. Goldman, Esq.
Morrison, Foerster, Holloway
  Clinton & Clark
2700 Crocker Plaza
San Francisco, CA 94104

VICTOR KURTZ
I. Walton Bader, Esq.
Bader and Bader
270 Madison Ave.
New York, New York 10016

JACK SILVERSTEIN (C-1), (C-2) (C-3)
David B. Gold, Esquire

Paul M. Bernstein, Esq.
Kreindler & Kreindler
99 Park Avenue
New York, New York 10016

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. 2

DOCKET NO. 177 -- IN RE AIR WEST, INC. SECURITIES LITIGATION

Russell J. Willard, Esq.
Hasting & Willard
510 Cont. American Bldg.
P.O. Box 1350
Wilmington, Del. 19899

PATRICIA SCOTT ANDERSON (C-4)

Jerome I. Braun, Esquire

Thomas Elke, Esquire

James F. Scott, Esquire

Thomas E. Lea, Esquire

E. N. ALTMAN
Eugene L. Gartland, Esq.
Jennings, Gartland & Tilly
352 World Trade Center
San Francisco, CA 94111

EDMUND CONVERSE, JAMES D. MOYLE
WILLIAM D. PABST, ROBERT O. REYNOLDS
GEROGE M. SAGE, ROBERT SETRAKIAN
GEORGE L. VARGAS, ROGER CONVERSE
John C. Renshaw, Esquire
Vargas, Bartlett & Dixon
201 West Liberty St.
P.O. Box 281
Reno, Nevada 89504

CHESTER C. DAVIS
Maxwell E. Cox, Esq.
Davis & Cox
One State St Plaza
New York, New York 10004

G. ROBERT HENRY
G. Gervaise Davis, Esq.
Walker, Schroeder, DAvis
& Brehmer
P.O. Box LAW
Monterey, CA 93940

STANLEY SIPIORA
Joseph H. Soble, Esq.
Soble & Cole
Suite 1100 TransAmerica Bldg.
Tucson, AZ 05701

DAVID B. CHARNAY
Timothy D. Reagan, Esq.
3049 Filmore St.
San Francisco, CA 94123

STERLING GRACE SECURITIES CORP.
STERLING GRACE CO.
Sterling Grace Securities Corp.
Sterling Grace Co.
39 Broadway
New York, New York 10006

W. R. THRALL
1220 Dexter Norton Bldg.
Seattle, Wash. 98104

C. A. MYHRE
2830 Argullo St.
Burlingame, CA 94010

LARRY DECKER
1600 Toledo
Burlingame, CA 94010

MYRON W. REYNOLDS
Hughes Air West
236 Stockton, Union Sq.
San Francisco, CA

DONALD R. ~~[illegible]~~ Ltr. Returned
~~2727 Edison, Apt. 223~~
~~San Mateo, CA 94403~~

ARTHUR M. TAYLOR
Hughes Air West
San Francisco Intl. Airport
San Francisco, CA

L.J. HAWKINSON
Hughes Air West
San Francisco, Intl. Airport
San Francisco, CA

Robert A. Maheu
3523 Cochise Lane
Las Vegas, Nevada

JPML FORM 2A -- Continuation

Attorney List -- p. 3

DOCKET NO. 177 -- IN RE AIR WEST, INC. SECURITIES LITIGATION

HERMAN GREENSPUN
Mark E. Hurtitz, Esq.
Hurtitz & Hurwitz
100 West Chapman
Orange, CA 92666

WILLIAM R. LUMIS, ETC.
Davis & Cox
One State Street Plaza
New York, New York 10004

GEORGE CROCKETT
George A. Cromer, Esq.
514 South Third St.
Las Vegas, Nevada 89101

PATRICK J. HILLINGS
John P. Sears, Esq.
Gadsby & Hannah
1700 Pennsylvania Ave.
Washington, D. C. 20006

Douglas B. Martin, Esq.
Cotton, Seligman & Ray
Alcoa Building
San Francisco, CA 94111

ROBERT A. MAHEU
James E. Rogers, Esq.
Rogers, Monsey, Lea,
Woodbury & Sheehan
723 Third St.
Las Vegas, Nevada 89101

JAMES SNYDER, PRO SE
P.O. Box 1599
Las Vegas, Nevada 89101

RICHARD C. GANO
Cannot determine counsel

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 177 -- IN RE AIR WEST, INC. SECURITIES LITIGATION

COMMON PARTY CHECKLIST

| NAME OF PARTY | NAMED AS PARTY IN FOLLOWING ACTIONS |
|---|---|
| Air West Inc. ✓ | A-1 C-1 C-2 C-3 C-4 C-5 |
| A. W. Liquidating Corp. ✓ | A-1 C-1 C-2 C-3 C-4 C-5 |
| United States Trust Company of New York ✓ | A-1 C-1 C-2 C-3 C-4 C-5 |
| Hughes Tool Company ✓ | A-1 A-2 C-1 C-2 C-3 C-4 C-5 |
| Summa Corp. ✓ | A-1 A-2 C-1 C-2 C-3 C-4 C-5 |
| Hughes Air Corp. ✓ | A-1 A-2 C-1 C-2 C-3 C-4 C-5 |
| Glore Forgan Staats Inc. ✓ | A-1 |
| Sterling Grace Securities Corp. ✓ | A-1 |
| Peat, Marwick, Mitchell & Co. ✓ | ~~A-1~~ dism'd 7/9/74 |
| Miller, Groezinger Pettit & Everes (Pettit, Evers & Martin) ✓ | A-1 C-1 C-2 C-3 C-4 C-5 |

| | |
|---|---|
| Sterling Grace Co. ✓ | A-1 |
| Howard Roband Hughes ✓ | A-1 A-2 B-2 C-1 C-2 C-3 C-4 C-5 |
| Joseph Martin, Jr. ✓ | A-1 C-1 C-2 C-3 C-4 C-5 |
| Edmund Converse ✓ | A-1 C-1 C-2 C-3 C-4 C-5 |
| Milton W. Odom ✓ | A-1 C-1 C-2 C-3 C-4 C-5 |
| G. Robert Henry ✓ | A-1 C-1 C-2 C-3 C-4 C-5 |
| E. N. Altman ✓ | A-1 C-1 C-2 C-3 C-4 C-5 |
| J. N. Bex, Jr. ✓ | A-1 C-1 C-2 C-3 C-4 C-5 |
| W. R. Thrall ✓ | A-1 |
| C. A. Myhre ✓ | A-1 |
| Larry Decker ✓ | A-1 |

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 177 -- IN RE AIR WEST, INC. SECURITIES LITIGATION

COMMON PARTY CHECKLIST

| NAME OF PARTY | NAMED AS PARTY IN FOLLOWING ACTIONS |
|---|---|
| Myron W. Reynolds ✓ | A-1 |
| Donald R. Nielson ✓ | A-1 |
| Arthur M. Taylor ✓ | A-1 |
| L. J. Hawkinson ✓ | A-1 |
| T. J. Van Bogart ✓ | A-1 |
| Frank W. Beer ✓ | A-1 C-1 C-2 C-3 C-4 C-5 |
| Roger Converse ✓ | A-1 C-1 C-2 C-3 C-4 C-5 |
| Chester E. Gunderson ✓ | A-1 |
| George Gunn, Jr. ✓ | A-1 C-1 C-2 C-3 C-4 C-5 |
| Patrick J. Hillings ✓ | A-1 C-1 C-2 C-3 C-4 C-5 |

| Name | Entries |
| --- | --- |
| Richard E. Lang ✓ | A-1 |
| Lloyd W. Martin ✓ | A-1 C-1 C-2 C-3 C-4 C-5 |
| James D. Moyle ✓ | A-1 C-1 C-2 C-3 C-4 C-5 |
| William D. Pabst ✓ | A-1 C-1 C-2 C-3 C-4 C-5 |
| John E. Parker ✓ | A-1 C-1 C-2 C-3 C-4 C-5 |
| Robert O. Reynolds ✓ | A-1 C-1 C-2 C-3 C-4 C-5 |
| George M. Sage ✓ | A-1 C-1 C-2 C-3 C-4 C-5 |
| Robert Setrakian ✓ | A-1 C-1 C-2 C-3 C-4 C-5 |
| George L. Vargas ✓ | A-1 C-1 C-2 C-3 C-4 C-5 |
| Max H. Wyman ✓ | A-1 C-1 C-2 C-3 C-4 C-5 |
| Robert A. Maheu [illegible] | A-2 C-1 C-2 C-3 C-4 C-5 |

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 177 -- IN RE AIR WEST, INC. SECURITIES LITIGATION

COMMON PARTY CHECKLIST

| NAME OF PARTY | NAMED AS PARTY IN FOLLOWING ACTIONS |
|---|---|
| Chester C. Davis ✓ | A-2 A-1 C-1 C-2 C-3 C-4 C-5 |
| Daivd B. Charney | A-2 C-1 C-2 C-3 C-4 C-5 |
| George Crockett | A-2 C-1 C-2 C-3 C-4 C-5 |
| Haskins & Sells ✓ | A-1 C-1 C-2 C-3 C-4 C-5 |
| Herman Greenspun | C-1 C-2 C-3 C-4 C-5 |
| William R. Lummis, Etc. | C-1 C-2 C-3 C-4 C-5 |
| James Snyder | C-1 C-2 C-3 C-4 C-5 |
| Richard C. Gano | C-1 C-2 C-3 C-4 C-5 |
| | |
| | |